UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND

| | |
|---|---|
| Lidia Jimenez<br>    *Plaintiff,*<br><br>v.<br><br>Reyes Food Market, Inc.<br>and Rafael Genao,<br>    *Defendants.* | C.A. NO: 1:15-cv-00517-ML-PAS |

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

Plaintiff Lidia Jimenez moves that the Clerk of the Court enter Default against Defendants, Reyes Food Market, Inc. and Rafael Genao, pursuant to Federal Rule of Civil Procedure 55(a).

Dated: February 1, 2016

                RESPECTFULLY SUBMITTED

                Lidia Jimenez

                By her attorneys,

                RHODE ISLAND CENTER FOR JUSTICE

                /s/ Marissa Janton
                Robert McCreanor, R.I. Bar No. 9399
                Marissa Janton, R.I. Bar No. 8588
                Rhode Island Center for Justice
                150 Washington Street
                Providence, RI 02903
                Tel. 401.491.1101 ext. 804
                Fax. 401.228.6780
                Rmccreanor@centerforjustice.org
                Mjanton@centerforjustice.org